# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| THOMAS A. ROBINSON FAMILY LIMITED PARTNERSHIP, A PENNSYLVANIA LIMITED PARTNERSHIP, AND T.A. ROBINSON ASPHALT PAVING, INC., A PENNSYLVANIA CORPORATION, | : : : : : : | No. 150 WAL 2018<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| Respondents | : : : | |
| v. | : : : | |
| TED S. BIONI AND DOMINIC J. BIONI, | : : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 19th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.

 Justice Baer did not participate in the consideration or decision of this matter.